# United States District Court for the Southern District of Georgia Augusta Division

FILED U.S. DISTRICT COURT AUGUSTA DIV.
2017 OCT -4 A 9:43
CLERK M. Akins
SO. DIST. OF GA.

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | 1:12CR00240-1 |
| ) | |
| Austin Mallory, Jr. ) | |
| aka "A.J." | |

## ORDER

On August 15, 2017, Mallory was sentenced by the Court, following a revocation hearing, to serve a custodial term of six (6) months. The Court further ordered that upon availability of an opening at the Hale Foundation, Augusta, Georgia, a twelve month inpatient substance abuse program, Mallory is to be released from custody directly to the Hale Foundation treatment program.

On October 2, 2017, the United States Probation Office received correspondence from the Hale Foundation that Mallory was accepted in the Hale Foundation's substance abuse program.

**ACCORDINGLY, IT IS ORDERED** that Mallory be immediately released from the custody of the Bureau of Prisons and transported to the Hale Foundation to begin the twelve month inpatient substance abuse program.

**SO ORDERED**, this 4th day of October, 2017.

_____
Signature of Judge

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

_____
Name and Title of Judge